## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CELINE THUM, derivatively on behalf of
BOOZ ALLEN HAMILTON HOLDING
CORPORATION,

              Plaintiff,

    -v-

HORACIO D. ROZANSKI, LLOYD W. HOWELL,
JR., KEVIN L. COOK, RALPH W. SHRADER,
PETER CLARE, JOAN L. C. AMBLE, MELODY
C. BARNES, IAN FUJIYAMA, MARK E.
GAUMOND, GRETCHEN W. MCCLAIN, PHILIP
A. ODEEN, CHARLES O. ROSSOTTI, and
ARTHUR E. JOHNSON,

              Defendants,

              and

BOOZ ALLEN HAMILTON HOLDING
CORPORATION,

              Nominal Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

C.A. No. 17-cv-01638-CFC

### STIPULATION AND [PROPOSED] ORDER OF
### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among the parties to the above-captioned action, through their undersigned counsel, and subject to approval by the Court, that the above-captioned action is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with the parties to bear their own costs.

/s/ Brian E. Farnan
Brian E. Farnan (ID No. 4089)
Michael J. Farnan (ID No. 5165)
FARNAN LLP
919 N. Market St., 12th Floor
Wilmington, Delaware  19801
bfarnan@farnanlaw.com

*Attorneys for Plaintiff*

OF COUNSEL:

Timothy Brown
The Brown Law Firm, P.C.
767 Third Avenue, Suite 2501
New York, New York  10017

Phillip Kim
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York  10016

/s/ Jenness E. Parker
Jenness E. Parker (ID No. 4659)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
jenness.parker@skadden.com

*Attorney for Defendants Horacio D. Rozanski, Lloyd W. Howell, Jr., Ralph W. Shrader, Peter Clare, Joan L. C. Amble, Melody C. Barnes, Ian Fujiyama, Mark E. Gaumond, Gretchen W. McClain, Philip A. Odeen, Charles O. Rossotti and Arthur E. Johnson and Nominal Defendant Booz Allen Hamilton Holding Corporation*

OF COUNSEL:

Susan L. Saltzstein
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York  10001-8602

/s/ Albert H. Manwaring, IV
Albert H. Manwaring, IV (I.D. No. 4339)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, Delaware  19899-2306
amanwaring@morrisjames.com

*Attorney for Defendant Kevin L. Cook*

OF COUNSEL:

Robert A. Van Kirk
Jessica L. Pahl
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC  20024

2

STIPULATED as of:  May 20, 2024


SO ORDERED this _____ day of _____, 2024.


_____
United States District Judge